IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK NGUYEN, CHEERIE T. MAGALIT,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HOME 123 CORPORATION; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2006 MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-NC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 NC3; HOMEQ; T.D. SERVICES COMPANY; and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | 2:11-cv-01070-GEB-KJN<br><br>RESPONSE TO STATE BAR OF CALIFORNIA'S REQUEST FOR INFORMATION FOR STATE BAR CASE NO. 11-O-14518 |

　　　　On August 1, 2011, I received the attached letter from the State Bar of California ("State Bar") dated July 30, 2011, requesting information concerning the complaint made against attorney Peter Jason Cabbiness in the Order filed June 24, 2011. The following responds to the State Bar's July 30, 2011 letter:

　　　　1. The dismissal motion you appear to request will be forwarded by the Clerk of this Court.

　　　　2. There is no indication in the federal court docket that this court ever communicated with Mr. Cabbiness.

　　　　3. See response to request 2 above.

　　　　4. See response to request 2 above.

5. The name, address, and telephone number of counsel for the opposing parties that have appeared in this action is located on the first page of the April 28, 2011 dismissal motion that will be mailed to the State Bar.

Lastly, the State Bar may terminate its investigation if what has been provided to the State Bar does not justify an investigation. I do not elect to discuss this matter further.

The Clerk of this Court shall mail a copy of this filing and a copy of the dismissal motion filed on April 28, 2011 (ECF No. 9) to the following person and address:

>    Syed M. Majid
>    Investigator, The State Bar of California
>    180 Howard Street
>    San Francisco, CA 94105-1639

_____
GARLAND E. BURRELL, JR.
United States District Judge



THE STATE BAR
OF CALIFORNIA

OFFICE OF THE CHIEF TRIAL COUNSEL
ENFORCEMENT

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: (415) 538-2000
FAX: (415) 538-2220
http://www.calbar.ca.gov

DIRECT DIAL: (415) 538-2291

July 30, 2011

**PERSONAL AND CONFIDENTIAL**

Honorable Garland E. Burrell, Jr.
United States District Court
Eastern District of California
501 "I" Street, suite 4-200
Sacramento, CA 95814-2322

Re: Respondent: Peter J. Cabbiness
State Bar Case Number: 11-O-14518
USDC Case: Nguyen and Maglit v. 123 Home Corp. et al
(case # 2:11-cv-01070-GEB-KJN)

Dear Judge Burrell:

Your complaint regarding Peter J. Cabbiness has been assigned to me for investigation. To facilitate the investigation, we request your assistance as follows:

1. Please provide me with copies of any documents that you can furnish in support of your allegations, including copies of minute orders, sanction orders, and copies of any motions to dismiss filed by defense counsel.

2. Please describe all communications that you had with Peter J. Cabbiness and/or his office, including the date, form (telephonic, written, in-person, etc.) and substance of each communication;

3. Please provide copies of all correspondence between you and Peter J. Cabbiness and/or his office;

4. Please provide copies of any notes that you made regarding communications with Peter J. Cabbiness and/or his office;

5. Please provide the name, address and telephone number of the opposing party and the attorney for the opposing party, in the matter noted herein;

Garland E. Burrell, Jr.
July 30, 2011
Page 2


If you have any questions regarding this request, please call me at **(415) 538-2291**.

Thank you for bringing this matter to our attention.

Very truly yours,

Syed M. Majid
Investigator

SMM